UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.          Case No. 2:16-mj-19
        HON. TIMOTHY P. GREELEY

MAYOORAN RAJASINGAM,

        Defendant.
_____/

## ORDER OF DETENTION

Defendant appeared before the undersigned on November 10, 2016 for an initial appearance and arraignment on a criminal complaint charging him with Conspiracy to Distribute and Possess with Intent to Distribute a Controlled Substance. The Government moved for detention on the record which was supported by a recommendation from pretrial services. It should also be noted that defendant is a citizen of Canada and his status in the United States is unclear.

Accordingly, the Court ordered the defendant detained pending further proceedings and set a detention hearing for **November 17, 2016 at 9:30 a.m.**

    IT IS SO ORDERED.

Dated:  November 10, 2016           /s/ Timothy P. Greeley
                                                TIMOTHY P. GREELEY
                                                U.S. MAGISTRATE JUDGE